18 So.2d 118

**James M. MITCHELL v. CITY OF HUNTS-VILLE.**

**8 Div. 414.**

Court of Appeals of Alabama.

April 11, 1944.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

12 So.2d 873

**Dewey Russell MOON v. STATE.**

**8 Div. 269.**

Court of Appeals of Alabama.

March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

12 So.2d 873

**Louis F. MOORE v. STATE.**

**8 Div. 320.**

Court of Appeals of Alabama.

Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

15 So.2d 924

**L. P. MOORE v. STATE.**

**7 Div. 749.**

Court of Appeals of Alabama.

June 15, 1943.

Rehearing Denied Aug. 10, 1943.

McCord & McCord, of Gadsden, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

13 So.2d 900

**Ammie MORRIS v. STATE.**

**4 Div. 768.**

Court of Appeals of Alabama.

April 6, 1943.

Roy L. Smith, of Phenix City, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.